UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI K. HAYWARD,<br><br>                    Plaintiff,<br><br>      v.<br><br>CAROLYN W COLVIN, Acting Commissioner of Social Security<br><br>                    Defendant. | CASE NO. C14-5013 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge John L. Weinberg. Dkt. 21. Plaintiff has filed Objections to the Report and Recommendation. Dkt. 22. The Court has considered the Report and Recommendation, Objections to the Report and Recommendation, and the remaining record.

Magistrate Judge Weinberg recommends affirming the Commissioner's decision to deny Plaintiff's claim for disability insurance and supplemental security income benefits under the Social Security Act. Dkt. 21.

ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS- 1

1  The Court has reviewed the record *de novo* and concludes that the Magistrate Judge
2  carefully and accurately reviewed the record and thoroughly addressed Plaintiff's claims.  The
3  Court concurs with the analysis and conclusions of the Magistrate Judge.
4  The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of
5  Judge John L. Weinberg, United States Magistrate Judge, Objections to the Report and
6  Recommendation, and the remaining record, does hereby find and **ORDER**:
7  (1)  The Court adopts the Report and Recommendation (Dkt. 23);
8  (2)  The administrative decision is **AFFIRMED;** and
9  (3)  The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's
10  counsel and Magistrate Judge John L. Weinberg.
11  Dated this 24th day of November, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AFFIRMING
DEFENDANT'S DECISION TO DENY
BENEFITS- 2